## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KENT,<br><br>              Plaintiff,<br><br>   v.<br><br>NOBLE CORPORATION, CHARLES M. SLEDGE, PAUL ARONZON, PATRICK J. BARTELS JR., ROBERT W. EIFLER, ALAN J. HIRSHBERG, ANN D. PICKARD, and MELANIE M. TRENT,<br><br>              Defendants. | Case No. 1:22-cv-03257-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Kent ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: May 23, 2022 | Respectfully Submitted,<br><br>*/s/ Richard A. Acocelli*<br>Richard A. Acocelli |
| OF COUNSEL:<br><br>**LONG LAW, LLC**<br>Brian D. Long<br>3828 Kennett Pike, Suite 208<br>Wilmington, DE 19807<br>Telephone: (302) 729-9100<br>Email: BDLong@longlawde.com | **ACOCELLI LAW, PLLC**<br>33 Flying Point Road, Suite 131<br>Southampton, NY 11968<br>Tel: (631) 204-6187<br>Email: racocelli@acocellilaw.com<br><br>*Attorneys for Plaintiff* |